UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jul 10 2026
ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TAOFEEK OKELOLA, individually and on behalf of all others similarly situated** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 2:26-cv-2-HSO-BWR** |
| | § | |
| | § | |
| **DUFF CAPITAL INVESTORS, LLC, and SOUTHERN TIRE MART, LLC** | § | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 10th day of July, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE